## DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### FOURTH DISTRICT

**JOSEPH MASSINI** and **NOAH SCHULTHEISS,**
Appellants,

v.

**PINES WHISPER, LLC** and **ELON PROPERTY MANAGEMENT COMPANY, LLC,**
Appellees.

No. 4D22-2278

[April 27, 2023]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Daryl Isenhower, Judge; L.T. Case No. 562021SC002070.

Eduardo A. Maura of Ayala Law, P.A., Miami, for appellants.

Steven G. Wenzel and Hannah E. Horr of Wenzel Fenton Cabassa P.A., Tampa, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***